PROB 12A
(7/93)

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 30 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Daniel Flores | Case Number: 2:05CR02014-001 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 6/30/2004 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Possess with Intent to Distribute Marijuana, 21 U.S.C. § 846 and 841(a)(1) | Date Supervision Commenced: 6/30/2004 |
| Original Sentence: Prison - 1 Month; TSR - 12 Months | Date Supervision Expires: 6/29/2005 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Daniel Flores was cited for domestic violence assault in the fourth degree on May 1, 2005, in Granger, Washington. Yakima County District Court case number 24997.

On May 6, 2004, the defendant appeared in court for an arraignment and was released on his own recognizance. His next hearing is scheduled for June 14, 2005.

**U.S. Probation Officer Action**:

On March 28, 2005, Mr. Flores completed a 30-day inpatient treatment program at Thunderbird Treatment Center in Seattle, Washington. The victim in the above alleged violation is the defendant's friend who also completed the same treatment program. At the time of the alleged incident, both were residing at the defendant's mother's residence. Mr. Flores indicates he plans to contest the charge. An incident report was requested, however, only a citation report was received. Since the alleged violation, Mr. Flores states he has had no contact with the victim and believes she has moved back to Seattle, Washington. Several home contacts conducted by this officer since the incident confirm the victim is no longer residing with the defendant. Based on the alleged violation, urinalysis testing and home visits will be increased accordingly. It should be noted Mr. Flores's term of supervised release is scheduled to expire on June 29, 2005.

Prob12A
**Re: Flores, Daniel**
**June 9, 2005**
**Page 2**

|  | Respectfully submitted, |
|---|---|
| by | *Jose Vargas* |

Jose Vargas
U.S. Probation Officer
Date: June 9, 2005

---

[✓] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

6/29/05
Date